■ LUIS A. PENA et al., Appellants, v PAUL SCHUR et al., Respondents. [665 NYS2d 898] —Order, Supreme Court, Bronx

County (Alan Saks, J.), entered October 15, 1996, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Since it is clear, as a matter of law, that plaintiffs' own conduct in engaging in rough horseplay, which resulted in their crashing through a window, was the sole proximate cause of their injuries, and that defendants' negligence, if any, was not a proximate cause, the court properly granted defendants' motion for summary judgment (*see, Kelly v Great Neck Union Free School Dist.*, 192 AD2d 696, *lv denied* 82 NY2d 658; *see also, Lee v Durow's Rest.*, 238 AD2d 384). Concur—Ellerin, J. P., Nardelli, Williams, Andrias and Colabella, JJ.